IN T.  UNITED STATES DISTRICT CO.  /
FOR THE DISTRICT OF MARYLAND

EVA BOCCIA, ET UX.                    *
     Plaintiff(s)

                        *                    2001 FEB 20  ₱ 3: 02

     vs.                              *          Civil No.: CCB-00-3709

AMERICAN HOME PRODUCTS
CORPORATION, ET AL.                   *
     Defendant(s)

                  ******

# ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this _20_ day of ___February___, 2001, **ORDERED** that:

    1) the Defendant's Motion to Stay is **Granted**;

    2) ruling on the Plaintiffs' Motion to Remand is deferred to the presiding MDL judge;

    3)  this action be **Administratively Closed** subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12; and

    4) a copy of this Order shall be sent to counsel of record.

                                 _____
                                 Catherine C. Blake
                                 United States District Judge